UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGIL C. SHADE,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 2:15-CV-01180-MJP<br><br><br>ORDER TO REOPEN |

Based on the stipulation of the parties, Defendant's Motion to Reopen is GRANTED. The Court will issue a separate order to schedule the parties' briefing on Plaintiff's claim.

DATED this __8th__ day of _March_2018.

_____
Marsha J. Pechman
United States District Judge

Page 1　　ORDER TO REOPEN - [2:15-CV-01180-MJP]

Presented by:

s/ Jeffrey E. Staples
JEFFREY E. STAPLES
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3706
Fax: (206) 615-2531
jeff.staples@ssa.gov