UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL C. SHADE,<br><br>                        Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                        Defendant. | Case No. C15-1180 MJP<br><br>MINUTE ORDER |

The following minute order is made by direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

It is ORDERED that the Scheduling Order (Dkt. 31) is hereby stricken. Defendant shall file a response to Plaintiff's Complaint on or before April 9, 2018, following which the court will reissue the Scheduling Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed March 9, 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk

MINUTE ORDER - 1