UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

VIRGIL SHADE,

        Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

Case No. 2:15-cv-1180

ORDER

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $4,921.17, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of $3,939.53 award shall be made via check sent to Plaintiff's attorney, Victoria B. Chhagan, at this address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101, and the payment of $981.64 shall be made via check sent to Plaintiff's attorney Francisco Rodriguez at this address: Law Office of Francisco Rodriguez, P.O. Box 31844 Seattle, WA 98103. If the EAJA fees are not subject to any offset, the EAJA

EAJA Order    No. 2:15-cv-1180    - 1

attorney fees will be paid directly to the order of Plaintiff's Attorneys, Victoria B. Chhagan and Francisco Rodriguez.

Dated this 15th day of _____October_____ 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge