UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGIL C. SHADE, <br>     Plaintiff, <br> vs. <br><br> NANCY BERRYHILL, Acting Commissioner of Social Security Administration <br><br>     Defendant | Case No.: 2:15-cv-01180-MJP <br><br> ORDER |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), it is hereby

ORDERED that Plaintiff's attorney, Victoria B. Chhagan, be awarded $3,000.00. pursuant to 42 U.S.C. § 406(b). This amount represents the net amount of Plaintiff's back benefits after attorney fees for work at the administrative level and fees awarded pursuant to the Equal Access to Justice Act (EAJA) have been deducted. The fees in this case should be sent to Attorney Victoria B. Chhagan, Douglas, Drachler, McKee and Gilbrough at 1904 Third Ave., Suite 1030, Seattle WA, 98101.

DATED this __1st__ day of October, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

Presented by:

S/VICTORIA B. CHHAGAN
VICTORIA B. CHHAGAN, WSBA # 35077
Attorney for Plaintiff